UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, NJ 07601
Attorney for Debtors
RL9395

In Re:

MARGARET A AGORO
Debtor

Order Filed on June 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 14-32139VFP

Chapter 13

## REVISED SECOND ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: June 8, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: Margaret A Agoro
　　　Case No. 14-32139VFP
Revised Second Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $2872.50 for services rendered and expenses in the amount of $31.25 for a total of $2903.75. The allowance shall be payable:

- ■ through the Chapter 13 plan as an administrative priority. Plan payments shall be increased to $2,274 for the remaining 29 months of the Plan.
- ☐ outside the plan.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 14-32139-VFP
Margaret Y Agoro                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 08, 2017
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.
db          +Margaret Y Agoro,   547 Spring Valley Road,   Paramus, NJ 07652-5647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
      as Trustee for the certificate holders of CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE
      PASS-THROUGH CERTIFICATES, SERIES 2006-OA10 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
      agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
      Kevin P. Diskin    on behalf of Creditor    The Bank of New York Mellon
      NJ_ECF_Notices@buckleymadole.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
      NJ_ECF_Notices@buckleymadole.com
      Robert Wachtel    on behalf of Debtor Margaret Y Agoro rwachtel@ronlevinelaw.com
      Ronald I. LeVine    on behalf of Debtor Margaret Y Agoro ronlevinelawfirm@gmail.com
                                                                                                                           TOTAL: 7