Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 14−32139−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margaret Y Agoro
   aka Yetunde M. Agoro
   547 Spring Valley Road
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−5511

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/26/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 26, 2018
JAN: mcp

                            Jeanne Naughton
                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 14-32139-VFP
Margaret Y Agoro                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 26, 2018
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db          +Margaret Y Agoro,    547 Spring Valley Road,    Paramus, NJ 07652-5647
cr          +PNC Bank, National Association,    c/o Jordan S. Blask, Esq.,    Tucker Arensberg, P.C.,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr          +Specialized Loan Servicing LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
              Iselin, NJ 08830-2713
cr          +The Bank of New York Mellon,    c/o Specialized Loan Servicing, LLC,    Bankruptcy Dept,
              8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515142570   +America Honda Finance,    201 Little Falls Drive,    Wilmington, DE 19808-1674
515210556   +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
515142571   +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
515142572   +Shola Agoro,    547 Spring Valley Road,    Paramus, NJ 07652-5647
515234361   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
515142573   +Specialized Loan Servicing LLC,    Attn: Phelan Hallinan & Diamond, P.C.,    400 Fellowship Road,
              Mt. Laurel, NJ 08054-3437
515889166   +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2018 22:52:04      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2018 22:52:03      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515182478    EDI: HNDA.COM Jul 27 2018 02:48:00     American Honda Finance Corporation,
              National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
515158758    EDI: WFFC.COM Jul 27 2018 02:48:00     Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,
              PO Box 19657,    Irvine, CA 92623-9657
515142574   +EDI: WFFC.COM Jul 27 2018 02:48:00     Wells Fargo Dealer Service,    POB 1697,
              Winterville, NC 28590-1697
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificate holders of CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-OA10 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Kevin P. Diskin    on behalf of Creditor    The Bank of New York Mellon NJ_ECF_Notices@McCalla.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@buckleymadole.com
              Robert   Wachtel    on behalf of Debtor Margaret Y Agoro rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor Margaret Y Agoro ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
                                                                                               TOTAL: 7